**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 MAR 20 PM 4:09
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>    Defendant. | 4:18CR3029<br><br>INDICTMENT |

The Grand Jury charges that

## COUNT

Beginning on or about July 1, 2017, and continuing to on or about February 2, 2018, in the District of Nebraska, Defendant JOSHUA DOUGLAS BORNEMEIER did knowingly and intentionally combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about February 2, 2018, in the District of Nebraska, Defendant JOSHUA DOUGLAS BORNEMEIER did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about February 2, 2018, in the District of Nebraska, Defendant JOSHUA DOUGLAS BORNEMEIER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession With Intent to Deliver Methamphetamine and Possess a Weapon While Committing a Felony, in violation of Nebraska law in a case entitled *State of Nebraska v. Joshua Douglas Bornemeier*, in the District Court of Gage County, Nebraska, at CR11-955 and Attempted 1st Degree Assault, Possession of Methamphetamine, and Terroristic Threats in violation of Nebraska law in a case entitled *State of Nebraska v. Joshua Douglas Bornemeier*, in the District Court of Gage County, Nebraska, at CR14-651, did knowingly possess in and affecting commerce a Marlin .22 caliber rifle and an Heckler & Koch 9mm pistol and ammunition which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1.  The allegations contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, Defendant JOSHUA DOUGLAS BORNEMEIER shall forfeit to the

United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to: United States currency seized from JOSHUA DOUGLAS BORNEMEIER on or about February 2, 2018.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By:   SARA E. FULLERTON, #18314
Assistant U.S. Attorney