

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING OF CASE | March 21, 2018 |
| U.S. v Joshua Bornemeier  Case No: 4:18CR3029 | |

| To | From |
|---|---|
| Clerk, U.S. District Court  District of Nebraska | SARA E. FULLERTON  Assistant United States Attorney |

Be advised that the Defendant named in the Indictment listed above is now in custody.

You may now unseal the criminal Indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4), and also the case.