IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>          Defendant. | 4:18CR3029<br><br>MOTION FOR WRIT OF<br>HABEAS CORPUS<br>AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Lancaster County Jail, Lincoln, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Cheryl R. Zwart for a hearing beginning on or after March 22, 2018, at 1:45 p.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Lancaster County Jail, the Lincoln Police Department, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

                                              UNITED STATES OF AMERICA,
                                              Petitioner

                                              JOSEPH P. KELLY
                                              United States Attorney

                      By: _____
                                              SARA E. FULLERTON #18314
                                              Assistant U.S. Attorney

UNITED STATES OF AMERICA   )
                                               ) ss
DISTRICT OF NEBRASKA         )

Sara E. Fullerton, being first duly sworn on oath says that s/he is an Assistant United States Attorney for the District of Nebraska, that s/he has read the foregoing Motion, and that the facts set forth therein are true.



SARA E. FULLERTON #18314
Assistant U.S. Attorney

Subscribed to and sworn to before me this 21st day of March, 2018.

General Notary - State of Nebraska
ANNETTE L. WITTE
My Comm. Exp. Oct. 20, 2018.

Annette L. Witte
Notary Public

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2018, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:   N/A

SARA E. FULLERTON #18314
Assistant U.S. Attorney