IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>　　　　　　Defendant. | 4:18CR3029<br><br>INFORMATION OF<br>PREVIOUS CONVICTIONS<br>21 U.S.C. §851 |

COMES NOW the United States of America, Plaintiff, pursuant to 21 U.S.C. § 851, and informs the Court and the Defendant, Joshua Douglas Bornemeier, that the Defendant has the following prior convictions:

1. On or about March 7, 2012, Defendant, Joshua Douglas Bornemeier, was sentenced for the crime of Attempted Possession of Controlled Substance with Intent to Distribute-Methamphetamine, a Class III felony, in the District Court of Gage County, Nebraska, under case number CR11-137.

2. On or about September 18, 2014, Defendant, Joshua Douglas Bornemeier, was sentenced for the crime of Possession of a Controlled Substance, a Class IV felony, in the District Court of Gage County, Nebraska, under case number CR14-79.

The above-described convictions were final when the Defendant committed the offense charged in the Indictment herein.

WHEREFORE, the United States of America prays this Court find that Defendant has been previously convicted of felony drug offenses and by reason of such prior convictions is subject to increased punishment as provided by law.

Dated this 22nd day of March, 2018.

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By:   s/ Sara E. Fullerton
SARA E. FULLERTON, #18314
Assistant U.S. Attorney
100 Centennial Mall North
487 Federal Building
Lincoln, NE  68508-3865
Tel:  (402) 437-5241
Fax:  (402) 437-5390
E-mail:  sara.fullerton@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the registered CM/ECF users, and also hereby certify that a copy of the same has been served by regular mail, postage prepaid, to the following non-CM/ECF participants:
   None

s/ Sara E. Fullerton
Assistant U.S. Attorney