IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3029 |
| vs. | |
| JOSHUA DOUGLAS BORNEMEIER, | ORDER |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Seth W. Morris, as a Criminal Justice Act Training Panel Member, to assist in the defense of Joshua Douglas Bornemeier. Accordingly,

IT IS ORDERED:

1) Pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Seth W. Morris is hereby assigned to assist the Federal Public Defender in the representation of Defendant in the above-captioned case, and must file an entry of appearance forthwith. Seth W. Morris shall not be eligible to receive compensation for services performed in this case.

2) The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Joshua Douglas Bornemeier.

March 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge