IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18CR3029 |
| Plaintiff, | ) ) ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) ) | |
| JOSHUA D. BORNEMEIER, | ) ) | |
| Defendant. | ) | |

John C. Vanderslice hereby enters his appearance as Assistant Federal Public Defender on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 22nd day of March, 2018.

JOSHUA D. BORNEMEIER, Defendant,

/s/ *John C. Vanderslice*
**JOHN C. VANDERSLICE**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
(402) 221-7820
Attorney for Defendant

### CERTIFICATE OF SERVICE

Assistant Federal Public Defender John Vanderslice hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to AUSA Sara Fullerton on this 22nd day of March, 2018.

/s/ *John C. Vanderslice*
John C. Vanderslice