IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18CR3029 |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | |
| JOSHUA D. BORNEMEIER, | ) | |
| Defendant. | ) | |

AFPD John Vanderslice, attorney for Defendant Joshua D. Bornemeier, hereby requests an order permitting he and the Federal Public Defender's office to withdraw as counsel of record for the Defendant. In support of said motion, counsel shows to the Court as follows:

1. AFPD Vanderslice was appointed to represent Mr. Bornemeier on or about March 22, 2018.

2. Defense counsel recently discovered that he has a direct conflict with another client of the Federal Public Defender's office.

3. Counsel requests that a CJA Panel attorney be appointed to represent Mr. Bornemeier.

4. Counsel requests that he be removed from receiving any further CM/ECF notifications for the above-captioned matter.

WHEREFORE, AFPD John Vanderslice requests an order allowing him to withdraw as counsel of record for Joshua Bornemeier, removing him from future CM/ECF filings and appointing a CJA attorney for Mr. Bornemeier.

DATED this 29th day of March, 2018.

JOSHUA D. BORNEMEIER,  Defendant

/s/ *John C. Vanderslice*

**JOHN C. VANDERSLICE**
**Assistant Federal Public Defender**
112 Federal Building
100 Centennial Mall North
Lincoln, NE  68508
(402) 221-7820
Attorney for Defendant

## CERTIFICATE OF SERVICE

Assistant Federal Public Defender John Vanderslice hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to AUSA Sara Fullerton on this 29th day of March, 2018.

/s/ *John C. Vanderslice*

John C. Vanderslice