IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:18CR03029 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| v. | ) | |
| | ) | |
| JOSHUA D. BORNEMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, counsel for Defendant, and respectfully requests this Honorable Court allow him to withdraw from the above-captioned matter for the following good and sufficient reasons, to wit:

1. Counsel for Defendant has conflict.

WHEREFORE, for the good and sufficient reasons set forth above, undersigned counsel respectfully requests this Honorable Court allow him to withdraw in the above-captioned matter.

Respectfully submitted,
Joshua D. Bornemeier, Defendant

/s/ Seth W. Morris
Seth W. Morris, #25803
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE 68508
sethm@jsberrylaw.com
(402) 466-8444

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Sara Fullerton, U.S. Attorney, by electronically serving a copy of the same to him via CM/ECF, on this the 5th day of April 2018.

/s/ Seth W. Morris
Seth W. Morris, #25803