IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>Defendant. | 4:18CR3029<br><br>**MOTION FOR PRELIMINARY ORDER OF FORFEITURE** |

COMES NOW the Plaintiff, United States of America, and respectfully requests this Court issue a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in certain property to the United States. In support of this Motion, the United States respectfully shows the Court as follows:

1. On March 20, 2018, a federal grand jury sitting in this District returned a three-Count Indictment against the Defendant. Count I charged the Defendant with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846 and 841. The Indictment also contained a Forfeiture Allegation which sought the forfeiture, pursuant to 21 U.S.C. § 853, of money seized from the Defendant on or about February 2, 2018, on the basis it was used or was intended to be used to facilitate the controlled substance violation alleged in Count I, and/or was derived from proceeds obtained directly or indirectly as a result of the commission of the offense.

2. On August 23, 2018, the Defendant entered into a Plea Agreement (Filing No. 33) whereby he agreed to enter a plea of guilty to Count I and agreed to admit to the Forfeiture Allegation. Additionally, the parties agreed the amount of money to be forfeited is $9,260.00, as set forth in the Defendant's Plea Agreement.

3. The Court's jurisdiction in this matter is founded on 21 U.S.C. § 853(a), which provides with respect to any person convicted of a drug violation punishable by imprisonment for more than one year, the Court, in imposing sentence, shall order that the person forfeit to the United States all property described in subsection 853(a). Thus, according to the pertinent statute, the Court must enter an order of forfeiture against all of the Defendant's interests and assets found to have been acquired, maintained or used in violation of the underlying drug felony statute. Additionally, pursuant to Fed. R. Crim. P., Rule 32.2(b)(3), the Court's Order "authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture[.]"

4. Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in the $9,260.00 in United States currency, and will publish notice on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days of the Court's Order and the United States's intent to dispose of the currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n).

WHEREFORE, the Plaintiff, United States of America, respectfully requests this Court enter judgment of criminal forfeiture by issuing a Preliminary Order of Forfeiture, forfeiting to the United States of America the interest of the Defendant in the $9,260.00 in United States currency, directing publication be made of the United States's intent to forfeit the currency, directing written notice be given to all third parties whom the United States knows is asserting a legal interest in the currency and ordering the United States of America to seize forthwith the currency and dispose of it in accordance with the law.

          UNITED STATES OF AMERICA,
          Plaintiff

          JOSEPH P. KELLY
          United States Attorney


By:  s/ John E. Higgins
    JOHN E. HIGGINS, #19546
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, NE   68102-1506
    Tel:   (402) 661-3700
    Fax:   (402) 345-5724
    E-mail:   john.higgins@usdoj.gov


## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.


          s/ John E. Higgins
          Assistant U.S. Attorney