IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3029 |
| vs. | |
| | **MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE** |
| JOSHUA DOUGLAS BORNEMEIER, | |
| Defendant. | |

The United States of America, respectfully requests that this Court amend its Preliminary Order of Forfeiture (Filing No. 40).   In support of this Motion, the United States states as follows:

Although the Preliminary Order of Forfeiture is for the sum of $9,260.00 in U.S. currency, since the entry of that Order, the United States has learned that $100.00 of the currency is counterfeit.   Accordingly, the Preliminary Order of Forfeiture must be amended to reduce the sum by $100.00 to the sum of $9,160.00

WHEREFORE the United States of America, respectfully requests that this Court amend the Preliminary Order of Forfeiture to reflect the forfeiture of $9,160.00.

UNITED STATES OF AMERICA,

Plaintiff

JOSEPH P. KELLY
United States Attorney

By:   **_s/ Amy B. Blackburn_** _____
Amy B. Blackburn (MO#48222)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE   68102-1506
Tel:   (402) 661-3700
Fax:   (402) 345-5724
E-mail:   amy.blackburn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

**_s/ Amy B. Blackburn_** _____
Assistant U.S. Attorney

2