IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>　　　　　　　Defendant. | 4:18CR3029<br><br>GOVERNMENT'S STATEMENT OF POSITION |

　　COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states that it has no objections to the substantive findings of the Presentence Investigation Report, and does not anticipate producing any evidence other than to possibly rebut any evidence offered by the defendant.

　　Dated this December 3, 2018.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,

　　　　　　　　　　　　　BY:　　JOSEPH P. KELLY
　　　　　　　　　　　　　　　　　United States Attorney, D.NE.


　　　　　　　　　　　　　And:　　*s/Sara E. Fullerton*
　　　　　　　　　　　　　　　　　SARA E. FULLERTON #18314
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　100 Centennial Mall North, Suite 487
　　　　　　　　　　　　　　　　　Lincoln, NE   68508
　　　　　　　　　　　　　　　　　(402) 437-5241

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants: Jessica Curd, Probation Officer

                                    *s/Sara E. Fullerton*
                                    SARA E. FULLERTON #18314
                                    Assistant United States Attorney