IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:18CR3029 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO CONTINUE |
| | ) | |
| JOSHUA BORNEMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW**, Jonathan M. Braaten, attorney for Defendant, and moves the Court for an Order continuing the Sentencing set for January 4, 2019 at 11:30 a.m., for approximately thirty (30) days for the reason that the parties need additional time prior to the Defendant being sentenced.

Sara Fullerton, Deputy United States Attorney, has no objection to the continuance.

**WHEREFORE**, Defendant prays for an Order in accordance with the above.

**DATED** this 2nd day of January, 2019.

JOSHUA BORNEMEIER, Defendant

s/ *Jonathan M. Braaten*
ANDERSON, CREAGER &
 WITTSTRUCK, P.C.
1630 K Street
Lincoln, NE  68508
(402) 477-8800
jbraaten@acwlaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on January 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Sara Fullerton
AUSA

*s/Jonathan M. Braaten*