IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3029 |
| vs. | ORDER |
| JOSHUA DOUGLAS BORNEMEIER, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue sentencing hearing (filing 45) is granted.

2. Defendant Joshua Douglas Bornemeier's sentencing is continued to February 15, 2019, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of January, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge