IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:18CR3029 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO CONTINUE |
| | ) | |
| JOSHUA BORNEMEIER, | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW**, Jonathan M. Braaten, attorney for Defendant, and moves the Court for an Order continuing the Sentencing set for February 15, 2019 at 2:00 p.m. to February 20, 2019 at 10:30 am for the reason that counsel for Defendant is out of the State and unavailable on February 15, 2019.

Sara Fullerton, Deputy United States Attorney, has no objection to the continuance.

**WHEREFORE**, Defendant prays for an Order in accordance with the above.

**DATED** this 31st day of January, 2019.

                                                JOSHUA BORNEMEIER, Defendant

                                                s/ *Jonathan M. Braaten*
                                                ANDERSON, CREAGER &
                                                 WITTSTRUCK, P.C.
                                                1630 K Street
                                                Lincoln, NE  68508
                                                (402) 477-8800
                                                jbraaten@acwlaw.com
                                                Attorney for Defendant

CERTIFICATE OF SERVICE

    I certify that on January 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Sara Fullerton
AUSA

*s/Jonathan M. Braaten*