IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>            Defendant. | 4:18CR3029<br><br>**DECLARATION OF PUBLICATION** |

      Notice of this criminal forfeiture action (Attachment 1) was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on December 28, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Advertisement Certification Report, attached hereto as Attachment 2.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on February 26, 2019, at Omaha, Nebraska.

                                        UNITED STATES OF AMERICA,
                                        Plaintiff

                                        JOSEPH P. KELLY
                                        United States Attorney

                    By:    *s/ Amy B. Blackburn*
                              Amy B. Blackburn (MO#48222)
                              Assistant U.S. Attorney
                              1620 Dodge Street, Suite 1400
                              Omaha, NE  68102-1506
                              Tel:  (402) 661-3700
                              Fax:  (402) 345-5724
                              E-mail:  amy.blackburn@usdoj.gov