IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>     vs.<br><br>JOSHUA DOUGLAS BORNEMEIER,<br><br>                   Defendant. | 4:18CR3029<br><br>**MOTION FOR FINAL ORDER<br>OF FORFEITURE** |

       The United States of America, hereby respectfully requests this Court issue a Final Order of Forfeiture in the above-captioned matter.  In support of this Motion, the United States states as follows:

       1.  On December 3, 2018, this Court entered an Amended Preliminary Order of Forfeiture (Filing No. 42), forfeiting the Defendant's interest in $9,160.00 in United States currency.

       2.  Pursuant to said Amended Preliminary Order, the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct.  A Declaration of Publication was filed herein on February 26, 2019.  (Filing No. 56).  No person or entity has filed a Petition setting forth any legal or equitable interest in the subject property.

       WHEREFORE the United States of America respectfully requests this Court issue a Final Order of Forfeiture in this matter.

UNITED STATES OF AMERICA,
Plaintiff

JOSEPH P. KELLY
United States Attorney

By: *s/ Amy B. Blackburn*
Amy B. Blackburn (MO#48222)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  amy.blackburn@usdoj.gov