IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3029 |
| vs. | FINAL ORDER OF FORFEITURE |
| JOSHUA DOUGLAS BORNEMEIER, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 57). On May 25, 2018, the Court entered an Amended Preliminary Order of Forfeiture (filing 42) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to distribution of methamphetamine in violation of 21 U.S.C. § 841, and his admission of the forfeiture allegation contained in the indictment. Filing 32 at 4; filing 33 at 1; filing 38 at 15. By way of the preliminary order of forfeiture, the defendant's interest in $9,160 in United States currency was forfeited to the United States. Filing 44.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on December 28, 2018, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 56) was filed on February 26, 2019. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 57) is granted.

2. All right, title, and interest in and to the $9,160 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 12th day of March, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge