To the Clerk,

I would like for you to please send me a copy of my docket sheet.

Thank You

Josh Bornemeier

4:18CR3029

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 28 2019

OFFICE OF THE CLERK
```

**RECEIVED**

JUN 28 2019

CLERK
U.S. DISTRICT COURT
LINCOLN

Josh Bornemeier 30502-047
Federal Correctional Institution
P.O. Box 100
El Reno OK 73036

OKLAHOMA CITY OK 730
25 JUN 2019 PM 6 L



⇔30502-047⇔
Robert V Denney Fed Building
Room 593
100 Centennial MALL N
Lincoln, NE 68508
United States

**RECEIVED**

JUN 28 2019

CLERK
U.S. DISTRICT COURT
LINCOLN

68508-380343

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

**Gabriela Acosta**
**Chief Deputy Clerk**

June 28, 2019

Josh Bornemeier
30502-047
FCI - El Reno
P.O. Box 1500
El Reno, OK 73036

RE: 4:18CR3029 Docket Sheet Request

Dear Mr. Bornemeier,

The U.S. District Court of Nebraska received your request for a copy of your docket sheet in case 4:18CR3029. Auditing requires that we receive payment before shipment of any copies. The court charges $0.50 per page and your docket sheet has 10 pages as of 6/28/19.

Please resubmit your request or a copy of this letter with payment in the amount of $5.00 and we will be happy to process it. Thank you.

Sincerely,

Lindsey Olson
Case Manager

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379